**Order filed August 11, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00986-CV
_____

## IN THE INTEREST OF A.V.T.R., A CHILD, Appellant

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2013-68957**

# O R D E R

Appellant A.R.'s brief was due July 30, 2020. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **August 31, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.